1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  VICTORIA MARTIN RICOLCOL, | CASE NO.: 3:15-CV-02518-RS |
| 12              Plaintiff, | [The Honorable Richard Seeborg] |
| 13       vs. | **ORDER GRANTING JOINT STIPULATION STAYING CASE UNTIL COMPLETION OF CHAPTER 13 CONFIRMATION HEARING** |
| 14  CAL-WESTERN RECONVEYANCE LLC, WELLS FARGO BANK, N.A., and DOES 1 - 10, | |
| 15 | |
| 16              Defendants. | |
| 17 | |

18

19         In light of the joint stipulation signed by the parties and good cause appearing,

20         **IT IS HEREBY ORDERED THAT:**

21         The hearing date on Wells Fargo's pending motion to dismiss (Doc. 8) is VACATED.  If

22  developments in plaintiff's Chapter 13 bankruptcy do not resolve the plaintiff's need to

23  prosecute the instant action, the Court shall reset a new hearing date at its convenience.

24         The parties are ordered to attend a follow-up ADR teleconference on September 10, 2015

25  at 10:00 a.m.  The dial-in information shall be the same as that used for the teleconference on

26  July 7, 2015.

27  / / /

28  / / /

1    The initial Case Case Management Conference set for September 10, 2015 is hereby

2   continued to _October 22_ , 2015 at 10:00 a.m.  The parties shall file a Rule 26 joint

3   statement seven (7) calendar days prior to this conference.

4

5

6

7   Dated:  _7/9_____, 2015

8                                          HON. RICHARD SEEBORG
                                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28