UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA MARTIN RICOLCOL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAL-WESTERN RECONVEYANCE LLC, WELLS FARGO BANK, N.A. and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-02518-RS<br><br>[Assigned to the Hon. Richard Seeborg]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action is dismissed *without prejudice*;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: 2/1 , 2016

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE